**DISMISS and Opinion Filed July 27, 2021**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-00257-CV**

**ARB HOLDINGS LLC, Appellant**

**V.**

**SHAMIKA L. SMITH AND CLEOPHUS ROBINSON, JR., Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-05070-B**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Goldstein, and Justice Smith
Opinion by Chief Justice Burns

This appeal from the trial court's take-nothing judgment against ARB Holdings LLC on its forcible entry and detainer suit was perfected by Ashley Black, a non-attorney. Because a corporation may only be represented by a licensed attorney, we directed ARB Holdings to file, no later than July 12, 2021, a notice of designation of counsel. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam). Although we cautioned ARB Holdings that failure to comply could result in dismissal of the appeal without further notice, *see id.*, no response has been filed.

Accordingly, we dismiss the appeal. *See id.*

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

210257F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

ARB HOLDINGS LLC, Appellant

No. 05-21-00257-CV      V.

SHAMIKA L. SMITH AND
CLEOPHUS ROBINSON, JR.,
Appellees

On Appeal from the County Court at
Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-20-05070-
B.
Opinion delivered by Chief Justice
Burns, Justices Goldstein and Smith
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Shamika L. Smith and Cleophus Robinson, Jr. recover their costs, if any, of this appeal from appellant ARB Holdings LLC.

Judgment entered July 27, 2021.